1  TREVOR Q. CODDINGTON, PH.D. (CSB NO. 243,042)
2  trevorcoddington@sandiegoiplaw.com
   CODY R. LEJEUNE (CSB NO. 249,242)
3  codylejeune@sandiegoiplaw.com
4  CHARLES A. BLAZER, II (CSB NO. 282,495)
   charlesblazer@sandiegoiplaw.com
5  DONNY K. SAMPORNA (CSB NO. 316,456)
6  donnysamporna@sandiegoiplaw.com
   INSIGNE LLP
7  701 Palomar Airport Rd., Suite 230
8  Carlsbad, CA 92011
   Telephone: (858) 227-6633
9   Facsimile: (858) 408-4422
10
   *Attorneys for Plaintiff*,
11  EVOLUSION CONCEPTS, INC.
12
13
14               UNITED STATES DISTRICT COURT
15               SOUTHERN DISTRICT OF CALIFORNIA
16
17  EVOLUSION CONCEPTS, INC.,         CASE NO.:  8:18-CV-1378-JLS-DFM
18                      *Plaintiff*,  **DECLARATION OF CHARLES A.
19                                    BLAZER, II IN SUPPORT OF
    v.                                PLAINTIFF EVOLUSION
20                                    CONCEPTS, INC.'S MOTION FOR
    JUGGERNAUT TACTICAL, INC.,        SUMMARY JUDGMENT OF
21                                    INFRINGEMENT**
22                      *Defendants*.
23                                    Judge: Hon. Josephine L. Staton
24
25
26
27
28
                                1
DECLARATION OF CHARLES A. BLAZER, II IN SUPPORT OF PLAINTIFF EVOLUSION CONCEPTS, INC.'S MOTION FOR SUMMARY
                          JUDGMENT OF INFRINGEMENT
                                                            8:18-CV-1378-JLS-DFM

I, Charles A. Blazer, II, declare as follows:

1. I am an attorney licensed to practice in the State of California and before this Court. I am employed at Insigne LLP, attorneys for Plaintiff Evolusion Concepts, Inc. ("Evolusion" or "Plaintiff"). If called as a witness, I could and would testify competently as to the facts set forth herein, as I know each to be true based upon my own personal knowledge or upon my review of the files and records maintained by Insigne LLP in the regular course of its representation of Evolusion. I submit this declaration in support of Evolusion's Motion for Summary Judgment of Infringement.

2. Pursuant to the Court's Scheduling Order (Doc. 23), Civil Trial Order (Doc. 24), and Patent Local Rules 3-1 and 3-2, on December 21, 2018, counsel for Evolusion timely served, *via* email, Plaintiff Evolusion Concepts, Inc.'s Disclosure of Asserted Claims and Infringement Contentions (the "Infringement Contentions") to Defendant. The Infringement Contentions also included a claim infringement chart as "Exhibit A." A true and correct copy of the Infringement Contentions and claim chart is attached hereto as Declaration Exhibit A.

3. Counsel for Evolusion worked diligently to cooperate with counsel for Juggernaut to narrow the issues in dispute before filing this Motion. Pursuant to the Court's Initial Standing Order (Doc. 10) and Local Rule 7-3, I contacted counsel for Defendant to notify them of Evolusion's intent to file the Motion for Summary Judgement of Infringement and to arrange a meet and confer regarding the Motion and Defendant's remaining supplemental discovery obligations. Counsel for both parties then coordinated their schedules to meet and confer by telephone at the first available opportunity on Monday, March 2, 2020, at 8:00 a.m. PST. During that meet and confer, I proposed that the parties file a Joint Stipulation of Uncontroverted Facts to narrow the factual issues in dispute before filing the Motion for Summary Judgment. I drafted and emailed a proposed Joint Stipulation to opposing counsel, but by Wednesday, March 4, the parties were unable to reach agreement as to its content, and thus the Joint Stipulation was abandoned.

4. On the morning of February 26, 2020, I conducted the deposition of Zackary Kasanjian-King in his personal capacity as a percipient witness. Attached hereto as Declaration Exhibit B are true and correct copies of selected pages of the certified transcript of that deposition. The full transcript is not attached. The only pages provided in Exhibit B are the ones necessarily cited in the present Motion for Summary Judgment of Infringement and Statement of Uncontroverted Facts and Conclusions of Law.

5. On the afternoon of February 26, 2020, I conducted the deposition of Zackary Kasanjian-King in his official capacity as corporate representative of Juggernaut Tactical, Inc., pursuant to Rule 30(b)(6). Attached hereto as Declaration Exhibit C are true and correct copies of selected pages of the certified transcript of that deposition. The full transcript is not attached. The only pages provided in Exhibit C are the ones necessarily cited in the present Motion for Summary Judgment of Infringement and Statement of Uncontroverted Facts and Conclusions of Law.

6. On February 1, 2019, counsel for Evolusion received, *via* email, Defendant Juggernaut Tactical, Inc.'s Objections and Responses to Defendant's [*sic*] First Set of Requests for Admissions ("Defendant's Response"). Attached hereto as Declaration Exhibit D is a true and correct copy of Defendant's Response. Although "Dated" January 22, 2019, Defendant's counsel did not serve (and Evolusion's counsel did not receive) Defendant's Response until February 1, 2019. *See* Declaration of Donny Samporna at ¶¶2-12.

| | |
|---|---|
| 1 | I declare under penalty of perjury under the laws of the United States of America |
| 2 | that the foregoing is true and correct. |

                                                        Respectfully submitted,
                                                        INSIGNE LLP

Dated: March 6, 2020        By:  /s/ Charles A. Blazer, II
                                                               Trevor Q. Coddington, Ph.D.
                                                                Cody R. LeJeune
                                                                Charles A. Blazer, II
                                                                Donny K. Samporna
                                                                701 Palomar Airport Rd., Suite 230
                                                                Carlsbad, CA 92011
                                                                Phone: (858) 227-6633
                                                                Fax: (858) 405-4422
                                                                *Attorneys for Plaintiff*,
                                                                EVOLUSION CONCEPTS, INC.

3

8:18-CV-1378-JLS-DFM

# CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2020, I caused the following documents

**DECLARATION OF CHARLES A. BLAZER, II IN SUPPORT OF PLAINTIFF EVOLUSION CONCEPTS, INC.'S MOTION FOR SUMMARY JUDGMENT OF INFRINGEMENT**

**DECLARATION OF DONNY K. SAMPORNA IN SUPPORT OF PLAINTIFF EVOLUSION CONCEPTS, INC.'S MOTION FOR SUMMARY JUDGMENT OF INFRINGEMENT**

and attachments thereto to be served *via* electronic mail to counsel for all parties and their counsel of record, who are deemed to have consented to electronic service using the Court's CM/ECF system.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Respectfully submitted,
INSIGNE LLP

Dated: March 6, 2020    By:   */s/* Charles A. Blazer, II
                              Trevor Q. Coddington, Ph.D.
                              Cody R. LeJeune
                              Charles A. Blazer, II
                              Donny K. Samporna
                              701 Palomar Airport Rd., Suite 230
                              Carlsbad, CA 92011
                              Phone: (858) 227-6633
                              Fax: (858) 405-4422
                              *Attorneys for Plaintiff*,
                              EVOLUSION CONCEPTS, INC.