# DECLARATION

# EXHIBIT A

**Juggernaut Hellfighter Lock Schematics**



SECTION A-A
SCALE 1 : 0.3





**TOLERANCE**
.0000 +/- .0005
.000 +/- .003
.00 +/- .005

JUGGERNAUT TACTICAL

UNLESS OTHERWISE SPECIFIED:
DIMENSIONS ARE IN MILLIMETERS
SURFACE FINISH:
TOLERANCES:
  LINEAR:
  ANGULAR:

DEBUR AND BREAK SHARP EDGES

DO NOT SCALE DRAWING    REVISION

JUGGERNAUT TACTICAL

| | NAME | SIGNATURE | DATE |
|---|---|---|---|
| DRAWN | JB | | |
| CHK'D | | | |
| APPV'D | | | |
| MFG | | | |
| Q.A | | | |

TITLE:
AR-10 MAG STOP

MATERIAL:

DWG NO.                                              A3

WEIGHT:    SCALE:5:1    SHEET 1 OF 1

JUGG_0227



SECTION A-A
SCALE 3 : 1







**XXXX**
**TOLERANCE**
.0000 +/- .0001
.000 +/- .003
.00 +/-.005
**MATERIAL XXXXX**

| | JUGGERNAUT TACTICAL | UNLESS OTHERWISE SPECIFIED: DIMENSIONS ARE IN MILLIMETERS SURFACE FINISH: TOLERANCES: LINEAR: ANGULAR: | DEBUR AND BREAK SHARP EDGES | DO NOT SCALE DRAWING | REVISION |
|---|---|---|---|---|---|
| | | | | JUGGERNAUT TACTICAL | |
| | NAME | SIGNATURE | DATE | TITLE: | |
| DRAWN | JB | | | AR-15 MAG STOP | |
| CHK'D | | | | | |
| APPV'D | | | | | |
| MFG | | | | | |
| Q.A | | | MATERIAL: | DWG NO. | A3 |
| | | | WEIGHT: | SCALE:5:1   SHEET 1 OF 1 | |

JUGG_0228