# DECLARATION

# EXHIBIT B

## U.S. Patent No. 10,267,584 ("the '584 patent" or the "Juggernaut patent")

US010267584B2

(12) **United States Patent**
Kasanjian-King

(10) **Patent No.:**  **US 10,267,584 B2**
(45) **Date of Patent:**    **Apr. 23, 2019**

(54) **LATCH FOR A RIFLE**

(71) Applicant: **Juggernaut Tactical, Inc.**, Orange, CA (US)

(72) Inventor: **Zackary Kasanjian-King**, Corona, CA (US)

(73) Assignee: **JUGGERNAUT TACTICAL, INC.**, Orange, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **16/043,046**

(22) Filed: **Jul. 23, 2018**

(65) **Prior Publication Data**

US 2019/0049207 A1     Feb. 14, 2019

**Related U.S. Application Data**

(60) Provisional application No. 62/543,101, filed on Aug. 9, 2017, provisional application No. 62/637,168, filed on Mar. 1, 2018.

(51) **Int. Cl.**
*F41A 17/38*          (2006.01)
*F41A 3/66*          (2006.01)

(52) **U.S. Cl.**
CPC ............... *F41A 17/38* (2013.01); *F41A 3/66* (2013.01)

(58) **Field of Classification Search**
CPC .................................................... F41A 17/38
USPC ....................................................... 42/70.02
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 9,010,004 B1 * | 4/2015 | Fu ........................... | F41A 17/38 42/49.01 |
| 9,182,186 B1 * | 11/2015 | Prince ..................... | F41A 17/38 |
| 9,777,977 B1 * | 10/2017 | Makaron ................. | F41A 11/00 |
| 10,001,330 B1 * | 6/2018 | Burns ...................... | F41A 3/66 |
| 10,060,690 B1 * | 8/2018 | Huang ...................... | F41A 9/59 |
| 10,101,107 B1 | 10/2018 | Huang et al. | |
| 10,132,584 B2 * | 11/2018 | Abbott .................... | F41A 17/38 |
| 2013/0269232 A1 * | 10/2013 | Harris ..................... | F41A 9/64 42/49.01 |
| 2018/0106567 A1 * | 4/2018 | Meyers .................... | F41A 17/38 |
| 2018/0128562 A1 * | 5/2018 | Carsey .................... | F41A 17/38 |
| 2018/0156557 A1 * | 6/2018 | Abbott .................... | F41A 17/38 |
| 2018/0187991 A1 * | 7/2018 | Hogue ..................... | F41A 17/38 |
| 2018/0299219 A1 * | 10/2018 | Cross ...................... | F41A 17/38 |
| 2018/0321005 A1 * | 11/2018 | Quinn ..................... | F41A 17/38 |

* cited by examiner

*Primary Examiner* — Reginald S Tillman, Jr.
(74) *Attorney, Agent, or Firm* — Bennet K. Langlotz; Langlotz Patent & Trademark Works, LLC

(57)            **ABSTRACT**

Latches for rifles have a body having a connection facility adapted to connect to the lower receiver, the body being movable between a first position and a second position, the body having an actuator surface adapted to contact the upper receiver and responsive to position the body in the first position in response to the upper receiver in the assembled condition, and to position the body in the second position in response to the upper receiver in the separated condition, the body having a block surface adapted to prevent movement of the magazine catch from the retention position to the released position when the body is in the first position and to enable movement of the magazine catch from the retention position to the released position when the body is in the second position, and a movable adjustor element connected to the body and movable within an adjustment range.

**18 Claims, 17 Drawing Sheets**





FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 8



FIG. 9

FIG. 10



FIG. 11



FIG. 12



FIG. 13



FIG. 14



FIG. 15



FIG. 16



FIG. 17



US 10,267,584 B2

**1**

LATCH FOR A RIFLE

CROSS-REFERENCE TO RELATED APPLICATION

This application claims the benefit of U.S. Provisional Patent Application No. 62/543,101 filed on Aug. 9, 2017, entitled "QUICK RELEASE TAKEDOWN PIN," and also claims the benefit of U.S. Provisional Patent Application No. 62/637,168 filed on Mar. 1, 2018, entitled "QUICK RELEASE TAKE-DOWN PIN AND MAG LOCK," which are hereby incorporated by reference in their entirety for all that is taught and disclosed therein.

FIELD OF THE INVENTION

The present invention relates to firearms, and more particularly to a latch for a rifle for firearms.

BACKGROUND OF THE INVENTION

A magazine is an ammunition storage and feeding device within, or attached to, a repeating firearm. The magazine functions by moving the cartridges stored in the magazine into a position where they may be chambered by the action of the firearm. Most magazines designed for use with a reciprocating bolt firearm utilize a set of feed lips which stops the vertical motion of the cartridges out of the magazine but allows one cartridge at a time to be pushed forward (stripped) out of the feed lips by the firearm's bolt into the chamber.

Some form of spring and follower combination is almost always used to feed cartridges to the lips, which can be located either in the magazine (most removable box magazines) or built into the firearm (fixed box magazines). A box (or "stick") magazine, the most popular type of magazine in modern rifles and handguns, stores cartridges in a straight or gently curved column, either one above the other or staggered zigzag fashion. As the firearm cycles, cartridges are moved to the top of the magazine by a follower driven by spring compression to either a single feed position or alternating feed positions. In most firearms, the magazine follower engages a slide-stop to hold the slide back and keep the firearm out of battery when the magazine is empty and all rounds have been fired. Box magazines may be integral to the firearm or removable.

A detachable box magazine is a self-contained mechanism capable of being loaded or unloaded while detached from the host firearm. They are inserted into a magazine well in the firearm receiver usually below the action, but occasionally positioned to the side or on top. When the magazine is empty, it can be detached from the firearm and replaced by another full magazine while the firearm remains in an operable state. This significantly speeds the process of reloading, allowing the operator quick access to ammunition. This type of magazine may be straight or curved, the curve being necessary if the rifle uses rimmed ammunition or ammunition with a tapered case.

In some jurisdictions, a semi-automatic firearm such as the extremely popular AR-15 rifle, is prohibited to the general public when it is equipped with a conventional detachable box magazine that enables rapid reloading. However, if the semi-automatic firearm is equipped with a fixed magazine that cannot be removed from the firearm unless the firearm is in an inoperable state, the firearm is not prohibited, and is not subject to the associated legal restrictions.

**2**

People seeking to develop skills and enjoy the many advances of the AR-15 platform, but who live in jurisdictions where standard versions are prohibited, require a fixed magazine version of the rifle. However, this requires the rifle design to deviate substantially from the conventional format. Moreover, there are challenges with loading a fixed magazine on an AR-15 rifle, including access to the open end of the magazine, and time to load each cartridge. In addition, people prefer to own a rifle that can be adapted to conventional use with detachable magazines in the event the owner leaves the jurisdiction where the prohibition applies. Thus, existing rifles that comply with prohibitions are less desirable when they have configurations or modifications that render them unable to accept conventional detachable magazines.

Therefore, a need exists for a new and improved latch for a rifle that enables a semi-automatic firearm to be opened and closed without requiring complete removal of the takedown pin. In this regard, the various embodiments of the present invention substantially fulfill at least some of these needs. In this respect, the latch for a rifle according to the present invention substantially departs from the conventional concepts and designs of the prior art, and in doing so provides an apparatus primarily developed for the purpose of providing a semi-automatic firearm that can be opened and closed without requiring complete removal of the take-down pin.

SUMMARY OF THE INVENTION

The present invention provides an improved latch for a rifle, and overcomes the above-mentioned disadvantages and drawbacks of the prior art. As such, the general purpose of the present invention, which will be described subsequently in greater detail, is to provide an improved latch for a rifle that has all the advantages of the prior art mentioned above.

To attain this, the preferred embodiment of the present invention essentially comprises a body having a connection facility adapted to connect to the lower receiver, the body being movable between a first position and a second position, the body having an actuator surface adapted to contact the upper receiver and responsive to position the body in the first position in response to the upper receiver in the assembled condition, and to position the body in the second position in response to the upper receiver in the separated condition, the body having a block surface adapted to prevent movement of the magazine catch from the retention position to the released position when the body is in the first position and to enable movement of the magazine catch from the retention position to the released position when the body is in the second position, and a movable adjustor element connected to the body and movable within an adjustment range, the adjustor element having a contact surface adapted to contact at least one of the lower receiver and upper receiver to establish a position of the block surface with respect to the magazine release catch. There are, of course, additional features of the invention that will be described hereinafter and which will form the subject matter of the claims attached.

There has thus been outlined, rather broadly, the more important features of the invention in order that the detailed description thereof that follows may be better understood and in order that the present contribution to the art may be better appreciated.

US 10,267,584 B2

3

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is an isometric view of the current embodiment of the takedown pin for a rifle constructed in accordance with the principles of the present invention.

FIG. **2** is a rear sectional view of the takedown pin for a rifle of FIG. **1** installed in a rifle in the operating condition.

FIG. **3** is a side sectional view of the takedown pin for a rifle of FIG. **1** installed in a rifle in the operating condition.

FIG. **4** is a rear sectional view of the takedown pin for a rifle of FIG. **1** installed in a rifle in the released condition.

FIG. **5** is a side sectional view of the takedown pin for a rifle of FIG. **1** installed in a rifle in the released condition.

FIG. **6** is a rear view of the takedown pin for a rifle of FIG. **1** in the process of being removed from a rifle.

FIG. **7** is a rear view of the current embodiment of the latch for a rifle constructed in accordance with the principles of the present invention.

FIG. **8** is an isometric view of the takedown pin for a rifle of FIG. **1** and the latch for a rifle of FIG. **7** installed in a rifle with the bolt catch removed with the latch in the retention position.

FIG. **9** is an isometric view of the takedown pin for a rifle of FIG. **1** and the latch for a rifle of FIG. **7** installed in a rifle with the bolt catch removed with the latch in the released position.

FIG. **10** is a rear sectional view of the latch for a rifle of FIG. **7** installed in a rifle with in-specification bolt hold open latch pin holes in the retention position with a properly adjusted set screw.

FIG. **11** is a rear sectional view of the latch for a rifle of FIG. **7** installed in a rifle with in-specification bolt hold open latch pin holes in the released position with a properly adjusted set screw.

FIG. **12** is a rear sectional view of the latch for a rifle of FIG. **7** installed in a rifle with in-specification bolt hold open latch pin holes in the retention position with an improperly adjusted set screw.

FIG. **13** is a rear sectional view of the latch for a rifle of FIG. **7** installed in a rifle with out-of-specification bolt hold open latch pin holes in the retention position with an improperly adjusted set screw.

FIG. **14** is a rear sectional view of the latch for a rifle of FIG. **7** installed in a rifle with out-of-specification bolt hold open latch pin holes in the retention position with a properly adjusted set screw.

FIG. **15** is a rear sectional view of the latch for a rifle of FIG. **7** installed in a rifle with in-specification bolt hold open latch pin holes in the released position with an improperly adjusted set screw.

FIG. **16** is a rear sectional view of the latch for a rifle of FIG. **7** installed in a rifle with out-of-specification bolt hold open latch pin holes in the released position with an improperly adjusted set screw.

FIG. **17** is a rear sectional view of the latch for a rifle of FIG. **7** installed in a rifle with out-of-specification bolt hold open latch pin holes in the released position with a properly adjusted set screw.

The same reference numerals refer to the same parts throughout the various figures.

## DESCRIPTION OF THE CURRENT EMBODIMENT

An embodiment of the latch for a rifle of the present invention is shown and generally designated by the reference numeral **100**.

4

FIG. **1** illustrates the improved takedown pin for a rifle **10** of the present invention. More particularly, the takedown pin for a rifle **10** has a right head **12** and an elongated portion **14** terminating in a left end **16**. The elongated portion includes a cylindrical first end portion **18** abutting the right head, an intermediate portion **24**, and a second end portion **30** terminating in the left end. The first end portion has an exterior surface **20** and lower end portion surface **22**. The takedown pin has an intermediate portion **24** adjacent to the lower end portion surface. The intermediate portion has an upper surface **54** coextensive with the first end portion and defines a lower channel **26** opposite the upper surface having a lower channel surface **28** above the level of the lower end portion surface. The takedown pin has a cylindrical second end portion **30** adjacent to the intermediate portion. The second end portion has an exterior surface **32** and has the same diameter as the first end portion.

The elongated portion **14** of the takedown pin for a rifle **10** defines a detent channel **34**. The detent channel has an operating portion **52** located on the exterior surface **20** of the first end portion **18** that is parallel to the elongated portion. The detent channel has a transition portion **36** located on the exterior surface of the first end portion. The transition portion is connected to and perpendicular to the operating portion. The detent channel has a takedown portion **38** located on the exterior surface of the first end portion, the upper surface **54** of the intermediate portion **24**, and the exterior surface **32** of the second end portion **30**. The takedown portion is connected to and perpendicular to the transition portion.

The left end **16** of the elongated portion **14** of the takedown pin for a rifle **10** defines a threaded aperture **40** (shown in FIG. **2**). A removable left cap **42** has an interior **44** that receives a screw **48** protruding from the bottom surface **46** (shown in FIG. **2**) of the left cap and a circular coil spring **50**. When the takedown pin is assembled, the screw is threaded into the threaded aperture until the left end of the elongated portion abuts the bottom surface of the left cap.

FIGS. **2-5** illustrate the improved takedown pin for a rifle **10** of the present invention. More particularly, the takedown pin for a rifle **10** is shown installed in a rifle **200**. The rifle has an upper receiver **202** having a left side wall **204**, right side wall **252**, and a rear lug **206** having a selected diameter. The rear lug defines a transverse lug bore **208**. The rifle also has a lower receiver **210** having a right side wall **212** and left side wall **214**. The right side wall **212** defines a right side wall bore **216** having the selected diameter that includes an enlarged portion **218** sized to closely receive the right head **12** of the takedown pin for a rifle **10**, a narrow portion **220** sized to closely receive the elongated portion **14** of the takedown pin, and a shoulder **222** to prevent the right head from entering the narrow portion. The left side wall **214** defines a left side wall bore **224** having the selected diameter that includes an enlarged portion **226** sized to closely receive the left cap **42** of the takedown pin, a narrow portion **228** sized to closely receive the elongated portion of the takedown pin, and a shoulder **230** sized to prevent the left cap from entering the narrow portion. The lower receiver also defines an upwardly open cavity **232** located between the left and right side walls. The upwardly open cavity is sized and positioned to closely receive the rear lug when the rifle is assembled.

In FIGS. **2** and **3**, the takedown pin for a rifle **10** is shown in the operating condition. The upper receiver **202** and lower receiver **210** are closed together with the rear lug **206** received in the upwardly open cavity **232** such that the

US 10,267,584 B2

5

transverse lug bore **208** is axially registered with the right side wall bore **216** and left side wall bore **224**. The first end portion **18** of the takedown pin is closely received in the right side wall bore and at least a portion of the transverse lug bore such that relative movement of the upper receiver with respect to the lower receiver is prevented. The lower end portion surface **22** of the first end portion is adapted to resist upward movement of the rear lug. It should be appreciated that the coil spring **50** is captured between the bottom surface **46** of the left cap and the shoulder **230** to bias the takedown pin such that the right head **12** is urged against the shoulder **222** to bias the takedown pin towards the operating condition.

In FIGS. **4** and **5**, the takedown pin for a rifle **10** is shown in the released condition. The takedown pin has been moved to the right along its length to transition from the operating condition shown in FIGS. **2** and **3** to the released condition. The lower channel **26** has a width at least as great as the width of the lug such that when the takedown pin is in the released condition, the lower channel is registered with the rear lug **206**, and the lug is enabled to move upward with respect to the lower receiver by a limited distance to the disengaged position illustrated. In the current embodiment, the lug has a width of 0.494", and the lower channel has a margin of 0.012", which provides a total lower channel width of 0.506". The upward motion of the lug is limited by the lower channel surface **28**, which is flat in the current embodiment. When the lug is in the disengaged position, the rifle **200** is inoperable. The rifle can be made operable again by returning the lug to the engaged position shown in FIG. **2** such that the transverse lug bore **208** is axially registered with the right side wall bore **216** and left side wall bore **224**. This alignment enables the coil spring **50** to move the takedown pin to the left along its length to transition from the released condition to the operating condition to resist upward movement of the rear lug. In the current embodiment, the intermediate portion has a length of at least the lug width of 0.494" plus a tolerance of 0.012" for a total length of 0.506", a diameter of 0.248", and a vertical thickness of 0.070", which is 28.2% of the diameter of the elongated portion **14**. Thus, the intermediate portion has a cross-sectional profile having an area less than or equal to 28.2% of the cross-sectional area. However, the cross-sectional profile can have a different area percentage to prioritize strength or reliable operation/tolerance. The intermediate portion has a consistent cross-sectional profile along its length. The upper surface **54** of the intermediate portion is coextensive with the end portion surfaces **20**, **32** and has a cylindrical profile corresponding to the end portion surfaces. The lower channel surface is spaced above the cylindrical profile of the upper surface.

In FIG. **6**, the takedown pin for a rifle **10** is shown in the process of being uninstalled from the rifle **200**. The lower receiver **210** includes a detent **256** that is received within the operating portion **52** of the detent channel **34** during normal use of the rifle with the takedown pin installed. The operating portion limits motion of the takedown pin to reciprocation between the operating condition and the released condition. To uninstall the takedown pin, the detent is moved into the transition portion of the detent channel to enable rotation of the takedown pin. Subsequently, the detent is moved into the takedown portion of the detent channel. If the detent is in place, the detent will prevent the takedown pin from being removed completely. The takedown pin will stop at the point where the left end **16** of the pin is flush with the inside of the right wall **214** of the lower receiver. In this position, the takedown pin is completely out of the way to

6

permit complete separation of the upper receiver from the lower receiver. This is the same position a standard takedown pin will be if pulled out to the detent stop. To enable extraction of the pin from the lower receiver, the detent needs to be removed, or a sharp pointed pin needs to be inserted along the detent channel to push the detent out of the way. The procedure is reversed to reinstall the takedown pin in the lower receiver.

FIG. **7** illustrates the improved latch for a rifle **100** of the present invention. More particularly, the latch for a rifle **100** has an L-shaped body **102** having a top **104**, bottom **106**, right end **108**, left end **110**, and rear **138**. The top left of the latch defines an actuator surface **112**. The bottom of the latch defines a cutout **114** and a block surface **116**. The bottom of the latch also defines a plunger surface **118** immediately above the cutout. The right end of the body defines a vertical threaded set screw aperture **120** (shown in FIGS. **10-17**) that extends from the top of the body to the bottom and receives a set screw/movable adjustor element **122**. The set screw has a head **124** (shown in FIGS. **10-17**) accessible from the top of the body and a downwardly protruding contact surface **126**. Thus, the set screw is movable within an adjustment range that determines the amount of protrusion of the contact surface, which contacts at least one of the lower **210** receiver and upper receiver **202** to establish a position of the block surface with respect to the magazine release catch **238**. The set screw is spaced apart from the block surface. The middle of the body between the set screw aperture and the plunger surface defines a right spring bore **128** and a left spring bore **132** (shown in FIGS. **10-17**). The right spring bore receives a right circular coil spring **130**, and the left spring bore receives a left circular coil spring **134**. The coil springs protrude from the spring bores to bias the body in an upward direction. The left end of the body defines a vertical elongated aperture **136**.

FIGS. **8** and **10** illustrate the improved latch for a rifle **100** of the present invention. More particularly, the latch for a rifle **100** is shown installed in a rifle **200** having in-specification bolt hold open latch pin holes **262**, **264**. The latch for a rifle **100** is shown installed in the bolt hold open latch slot **240** of a rifle **200** with a bolt hold open latch pin **254** received by the bolt hold open latch pin holes on the lower receiver **210** received in the vertical elongated aperture **136**. Thus, the elongated aperture serves as a connection facility adapted to connect the body **102** of the latch to the lower receiver such that the pivotal and vertical movement of the body is enabled. The rifle's bolt hold open latch (not shown) has been removed to enable installation of the latch **100**, which is a planar element having a limited thickness adapted to be received in the bolt hold open latch slot defined in the lower receiver. The rifle is shown in the closed and operational assembled condition with the latch in the retention/first position. Contact by the bottom **250** of the left side wall **204** of the upper receiver **202** with the actuator surface **112** of the latch has pushed the latch downward and compressed the left and right springs **130**, **134** against the upwardly facing surface **242** of the bolt hold open latch slot. The downward movement of the latch also causes the plunger surface **118** to push inward against plunger **246** and compress spring **248** within plunger aperture **244**. The set screw **122** has been properly adjusted so that when the latch is pushed downward into the retention position, the block surface **116** prevents movement of the magazine release **234** from the retention position to the released position by obstructing the magazine catch **238**. As a result, a magazine **258** installed in the rifle cannot be extracted while the rifle

US 10,267,584 B2

11

ated magazine release catch movable between a retention position in which extraction of a magazine in the magazine well is prevented, and a released position in which extraction of a magazine in the magazine well is enabled, the latch comprising:

a body having a connection facility adapted to connect to the lower receiver;

the body being movable between a first position and a second position;

the body having an actuator surface adapted to contact the upper receiver and responsive to position the body in the first position in response to the upper receiver in the assembled condition, and to position the body in the second position in response to the upper receiver in the separated condition;

the body having a block surface adapted to prevent movement of the magazine catch from the retention position to the released position when the body is in the first position and to enable movement of the magazine catch from the retention position to the released position when the body is in the second position;

wherein the body is a planar element having a limited thickness adapted to be received in a bolt hold open latch slot defined in the lower receiver; and

a movable adjustor element connected to the body and movable within an adjustment range, the adjustor element having a contact surface adapted to contact at least one of the lower receiver and upper receiver to establish a position of the block surface with respect to the magazine release catch.

2. The latch of claim 1 wherein the movable adjustor element is a set screw.

3. The latch of claim 1 wherein the movable adjustor element is spaced apart from the block surface.

4. The latch of claim 1 wherein the body has an elongated aperture adapted to receive a bolt hold open latch pin on the lower receiver.

5. The latch of claim 4 wherein the elongated aperture is vertical, such that pivotal and vertical movement of the body is enabled.

6. The latch of claim 1 wherein the rifle defines a major medial plane, the magazine release catch moves on a line transverse to the major plane, and the block surface is parallel to the major medial plane.

7. The latch of claim 1 wherein the body is spring biased in an upward direction.

8. The latch of claim 1 wherein the contact surface faces in a downward direction.

9. The latch of claim 1 wherein the contact surface faces in a first direction, and the block surface faces in a second direction perpendicular to the first direction.

10. A rifle comprising:

a lower receiver and a upper receiver interconnected to move between an assembled condition in which the upper receiver is securely attached to abut the lower

12

receiver, and a separated condition in which the upper receiver is spaced apart from the lower receiver;

the lower receiver having a magazine well with an associated magazine release catch movable between a retention position in which extraction of a magazine in the magazine well is prevented, and a released position in which extraction of a magazine in the magazine well is enabled;

a latch body having a connection facility adapted to connect to the lower receiver;

the body being movable between a first position and a second position;

the body having an actuator surface adapted to contact the upper receiver and responsive to position the body in the first position in response to the upper receiver in the assembled condition, and to position the body in the second position in response to the upper receiver in the separated condition;

the body having a block surface adapted to prevent movement of the magazine catch from the retention position to the released position when the body is in the first position and to enable movement of the magazine catch from the retention position to the released position when the body is in the second position;

wherein the body is a planar element having a limited thickness adapted to be received in a bolt hold open latch slot defined in the lower receiver; and

a movable adjustor element connected to the body and movable within an adjustment range, the adjustor element having a contact surface adapted to contact at least one of the lower receiver and upper receiver to establish a position of the block surface with respect to magazine release catch.

11. The rifle of claim 10 wherein the adjustor is a set screw.

12. The rifle of claim 10 wherein the adjustor is spaced apart from the block surface.

13. The rifle of claim 10 wherein the body has an elongated aperture adapted to receive a bolt hold open latch pin on the lower receiver.

14. The rifle of claim 13 wherein the elongated aperture is vertical, such that pivotal and vertical movement of the body is enabled.

15. The rifle of claim 10 wherein the rifle defines a major medial plane, the magazine release catch moves on a line transverse to the major plane, and the block surface is parallel to the major plane.

16. The rifle of claim 10 wherein the body is spring biased in an upward direction.

17. The rifle of claim 10 wherein the contact surface faces in a downward direction.

18. The rifle of claim 10 wherein the contact surface faces in a first direction, and the block surface faces in a second direction perpendicular to the first direction.

* * * * *