# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| EVOLUSION CONCEPTS, INC., a California corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>JUGGERNAUT TACTICAL, INC., a California corporation; and DOES 1-10, inclusive,<br><br>        Defendants. | Case No. 8:18-cv-01378-JLS-DFM<br>Hon. Josephine L. Staton<br><br>**JUDGMENT IN FAVOR OF JUGGERNAUT TACTICAL, INC. OF NON-INFRINGEMENT OF U.S. PATENT NO. 8,756,845** |
| AND RELATED COUNTERCLAIMS | |

Pursuant to the Court's April 5, 2021 Order (Doc. No. 161) Granting Defendant's Motion for Summary Judgment of Non-Infringement, Denying Plaintiff's Motion for Summary Judgment, and Denying Defendant's Motion for Sanctions, the Court directs entry of judgment as follows:

1. The Court grants final judgment of non-infringement of each and every claim of U.S. Patent No. 8,756,845 ("the '845 Patent") in favor of Defendant.

2. The Court retains jurisdiction to hear any timely motion or application for costs and/or attorneys' fees pursuant to Fed. R. Civ. P. 54(d), Local Rules 54-1, *et. seq.,* including Local Rule 54-7, and any other applicable statute or rule.

**IT IS SO ORDERED.**

Date: April 22, 2021

_____
Hon. Josephine L. Staton
United States District Judge