1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVOLUSION CONCEPTS, INC., a California corporation,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>JUGGERNAUT TACTICAL, INC., a California corporation; and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No. 8:18-cv-01378-JLS-DFM<br><br>**AMENDED JUDGMENT IN FAVOR OF JUGGERNAUT TACTICAL, INC. OF NON-INFRINGEMENT OF U.S. PATENT NO. 8,756,845** |
| AND RELATED COUNTERCLAIMS | |

1

Pursuant to the Court's April 5, 2021 Order (Doc. 161) Granting Defendant's Motion for Summary Judgment of Non-Infringement, Denying Plaintiff's Motion for Summary Judgment, and Denying Defendant's Motion for Sanctions, and following the Court's October 26, 2021 Amended Order (Doc. 191) (1) Denying Plaintiff's Motion for Miscellaneous Relief (Doc. 189) and (2) Granting in Part Defendant's Motion for Attorneys' Fees and Costs (Doc. 164), the Court directs entry of an amended judgment as follows:

1. The Court grants final judgment of non-infringement of each and every claim of U.S. Patent No. 8,756,845 ("the '845 Patent") in favor of Defendant Juggernaut Tactical, Inc. ("Defendant");

2. The Court awards Defendant its attorneys' fees in the amount of $874,223.50;

3. Defendant is awarded $9,537.89 in costs; and

4. The Court orders that Plaintiff shall pay Defendant post-judgment interest on the above amounts in the amount statutorily required by 28 U.S.C. § 1961.

**IT IS SO ORDERED.**

DATED:  November 24, 2021

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE