TREVOR Q. CODDINGTON, PH.D. (CSB NO. 243,042)
tcoddington@insigne.law
**INSIGNE PC**
2121 Lohmans Crossing Rd. Ste. 504-138
Austin, TX 78734
Telephone: (737) 282-3600
Facsimile: (858) 408-4422
*Attorneys for Plaintiff / Counter-Defendant*,
EVOLUSION CONCEPTS, INC.

Uleses C. Henderson, Jr. (Bar No. 225246)
Email: uhenderson@onellp.com
**ONE LLP**
9301 Wilshire Boulevard
Penthouse Suite
Beverly Hills, CA 90210
Telephone: (310) 866-5157
Facsimile: (310) 943-2085

Bobby W. Braxton (Admitted *Pro Hac Vice*)
Email: braxton@braxtonperrone.com
**BRAXTON PERRONE, PLLC**
5000 Legacy, Suite 465
Plano, TX 75024
Telephone: (469) 814-0032

Attorneys for Defendant/Counterclaimant, JUGGERNAUT TACTICAL, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| EVOLUSION CONCEPTS, INC., a California corporation,<br><br>Plaintiff,<br>v.<br><br>JUGGERNAUT TACTICAL, INC., a California corporation; and DOES 1-10, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 8:18-cv-01378-JLS-DFM<br>Hon. Josephine L. Staton<br><br>**JOINT STATUS REPORT** |

This joint status report follows the issuance of a formal mandate after appeal to the Federal Circuit, as well as initiation of a reexamination proceeding. In light of these developments, both parties seek that the instant case be stayed pending resolution of the reexamination. A brief timeline of the case is presented below.

On April 22, 2021, this Court entered a Judgment of Non-Infringement. (Dkt. 163). On October 26, 2021, the Court granted Defendant's motion for attorney's fees and costs. (Dkt. 191). Plaintiff appealed both the finding of infringement and the award of attorneys' fees. (Dkt. 197).

Plaintiff's appeal was successful and the Federal Circuit reversed the judgment of non-infringement and vacated the award of attorney's fees. (21-1963, Dkt. 36 at p. 14). Defendant filed for a Combined Petition for Panel Reheating and Rehearing *En Banc* and both were denied. (21-1963, Dkt. 48). The formal mandate was issued on March 25, 2022. (Dkt. 207).

On June 3, 2022, a reexamination was filed in Patent No. 8,756,845 ("the '845 Patent"). The '845 Patent is the only patent-in-suit. The reexamination (90/015,044) was instituted on July 6, 2022. *See* Braxton Decl., Exh. A. The reexamination covered all asserted claims of the '845 Patent. On December 14, 2022, a non-Final Office Action rejecting all asserted claims was issued. *See* Braxton Decl., Exh. B.

In light of the reexamination, the parties conferred on January 25, 2023, and both parties are in agreement that the instant litigation should be stayed pending conclusion of the reexamination.

Respectfully submitted,

**BRAXTON PERRONE, PLLC**

Dated: February 1, 2023  By: /s/ Bobby W. Braxton
                                  Bobby W. Braxton
                              (Admitted *Pro Hac Vice*)

**ONE LLP**

/s/ Uleses C. Henderson, Jr.
Uleses C. Henderson, Jr.

Attorneys for Defendant and Counterclaimant,
JUGGERNAUT TACTICAL, INC.

By: /s/ Trevor Coddington
       Trevor Q. Coddington

**INSIGNE PC**

Attorney for Plaintiff and Counter-Defendant,
EVOLUSION CONCEPTS, INC.

*Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that the signatories concur in the filing's content and have authorized the filing.