TREVOR Q. CODDINGTON, PH.D. (CSB NO. 243,042)
tcoddington@insigne.law
**INSIGNE PC**
2121 Lohmans Crossing Rd. Ste. 504-138
Austin, TX 78734
Telephone: (737) 282-3600
Facsimile: (858) 408-4422
*Attorneys for Plaintiff / Counter-Defendant*,
EVOLUSION CONCEPTS, INC.

Uleses C. Henderson, Jr. (Bar No. 225246)
Email: uhenderson@onellp.com
**ONE LLP**
9301 Wilshire Boulevard
Penthouse Suite
Beverly Hills, CA 90210
Telephone: (310) 866-5157
Facsimile: (310) 943-2085

Bobby W. Braxton (Admitted *Pro Hac Vice*)
Email: braxton@braxtonperrone.com
**BRAXTON PERRONE, PLLC**
5000 Legacy, Suite 465
Plano, TX 75024
Telephone: (469) 814-0032

Attorneys for Defendant/Counterclaimant,
JUGGERNAUT TACTICAL, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| EVOLUSION CONCEPTS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>JUGGERNAUT TACTICAL, INC., a California corporation; and DOES 1-10, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 8:18-cv-01378-JLS-DFM<br>Hon. Josephine L. Staton<br><br>**NOTICE OF LODGING**<br><br>**[PROPOSED ORDER FILED CONCURRENTLY HEREWITH]** |

Before the Court is the Parties' Joint Status Report whereby the Parties jointly seek to stay the instant litigation pending conclusion of the reexamination (90/015,044) of the only patent-in-suit, U.S. Patent No. 8,756,845. (Doc. 208). Attached hereto is a Proposed Order staying the instant case.

|  |  |
|---|---|
| Dated: February 7, 2023 | **BRAXTON PERRONE, PLLC**<br><br>By: /s/ Bobby W. Braxton<br>　　Bobby W. Braxton<br><br>(Admitted *Pro Hac Vice*)<br><br>-and-<br><br>**ONE LLP**<br><br>/s/ Uleses C. Henderson, Jr.<br>　Uleses C. Henderson, Jr.<br><br>Attorneys for Defendant and Counterclaimant,<br>JUGGERNAUT TACTICAL, INC.<br><br>/s/Trevor Q. Coddington<br>　Trevor Q. Coddington<br><br>**INSIGNE PC**<br><br>Attorney for Plaintiff and Counter-Defendant,<br>EVOLUSION CONCEPTS, INC. |

\*Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that the signatories concur in the filing's content and have authorized the filing.