UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  8:18-cv-01378-JLS-DFM                                          Date: September 23, 2024
Title:  Evolusion Concepts, Inc. v. Juggernaut Tactical, Inc.

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Kelly Davis | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**PROCEEDINGS:  (IN CHAMBERS)  ORDER RE JOINT STATUS REPORT (Doc. 227)**

On September 17, 2024, the parties filed a joint status report informing the Court that the *ex parte* reexamination proceedings before the U.S. Patent & Trademark Office are nearing conclusion.  (Status Report, Doc. 227.)  Plaintiff argues that the reexamination outcome does not alter the Federal Circuit's decision in this matter, and that the Court can now lift the stay so that Plaintiff may seek an injunction on the basis of the Federal Circuit's infringement finding.  (*Id.* at 2.)  Defendant argues that the reexamination materially alters Plaintiff's patent eligible claims and there must be supplemental claim construction, additional discovery and amended pleadings, and that the stay should not lift until the Patent & Trademark Office issues the reexamination certificate and all proceedings before the Office are final.  (*Id.* at 2–3.)

The Court will not lift the stay until a reexamination certificate is issued.  At that time, the parties should submit to the Court more thorough briefing on the effect of the reexamination proceedings and attach as evidence any necessary documents from those proceedings.  The Court sets the following briefing schedule:

- Within **fourteen (14) days** of the issuance of the reexamination certificate, Plaintiff shall file its brief, not to exceed eight (8) pages, detailing the

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  8:18-cv-01378-JLS-DFM                                      Date: September 23, 2024
Title:  Evolusion Concepts, Inc. v. Juggernaut Tactical, Inc.

developments in its patent claims since the Federal Circuit's decision.  The brief should clearly support Plaintiff's position that the outcome of the reexamination proceedings did not affect the outcome of the Federal Circuit's infringement finding.

- Within **seven (7) days** of Plaintiff's brief, Defendant shall file a response, not to exceed eight (8) pages, detailing how it views the developments since the Federal Circuit's decision, the outcome of the reexamination proceedings, and why supplemental claim construction is necessary.

- No further briefing is permitted unless ordered by the Court.

Initials of Deputy Clerk: kd